**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**STORM RECONSTRUCTION SERVICES, INC.**                                **PLAINTIFF**

**VS.**                        **CASE NO. 3:09CV00021 JMM**

**CITY OF BLYTHEVILLE, ET AL.**                                **DEFENDANTS**

**ORDER**

Plaintiff's oral Motion to Withdraw his Motion for Preliminary Injunction (#4) is granted resulting in the Preliminary Injunction hearing scheduled for 2:15 on Thursday, March 26, 2009, in Little Rock, Arkansas, being cancelled. The Clerk of the Court is directed to withdraw the motion and the hearing is removed from the Court's docket.

IT IS SO ORDERED THIS   23   day of   March  , 2009.

_____
James M. Moody
United States District Judge