**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**STORM RECONSTRUCTION SERVICES, INC.**                              **PLAINTIFF**

**VS.**                              **CASE NO. 3:09CV00021 JMM**

**CITY OF BLYTHEVILLE, ET AL.**                              **DEFENDANTS**

**ORDER**

Plaintiff's unopposed Motion to Continue Trial and to Extend Discovery Deadline is

granted (#41).  A new trial date with extended discovery and motions deadlines will be issued by

separate order.

IT IS SO ORDERED THIS  15  day of   September  , 2009.

_____
James M. Moody
United States District Judge