IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**STORM RECONSTRUCTION SERVICES**                                               **PLAINTIFF**

**VS.**                       **CASE NO.  3:09CV00021 JMM**

**CITY OF BLYTHEVILLE, ARKANSAS, ET AL.**                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on October 8, 2009, it is Considered, Ordered and Adjudged that the complaint in the above styled case be, and is hereby, dismissed with prejudice.

IT IS SO ORDERED this  15   day of October, 2009.


_____
James M. Moody
United States District Judge